UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  
    WILLIE K BARBEE  
    SHIQUITA L BARBEE  
        Debtors

Case No. 08-14118

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/02/2008.

2) The plan was confirmed on 10/15/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/03/2009.

5) The case was dismissed on 05/08/2009.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $ 36,750.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $4,780.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,780.00

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,874.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $253.44 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,127.44

Attorney fees paid and disclosed by debtor: $626.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A R CONCEPTS | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| ACL SERVICES INC | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS SERVICING CO | Secured | 46,682.61 | 1,569.35 | 1,569.35 | 1,569.35 | 0.00 |
| AMERICAS SERVICING CO | Secured | NA | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSOCIATES | Unsecured | 247.50 | 247.50 | 247.50 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 341.50 | 333.21 | 333.21 | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 844.00 | NA | NA | 0.00 | 0.00 |
| AUTO OWNERS INSURANCE | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| B REAL LLC | Unsecured | 300.00 | 321.05 | 321.05 | 0.00 | 0.00 |
| BANFIELD PET HOSP | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 1,354.92 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC | Unsecured | 701.00 | 701.46 | 701.46 | 0.00 | 0.00 |
| CAVALRY INVESTMENTS LLC | Unsecured | 7,459.00 | 7,477.65 | 7,477.65 | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 1,418.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVNUE | Unsecured | 360.00 | 640.00 | 640.00 | 0.00 | 0.00 |
| CITY OF JOLIET | Secured | 520.00 | 520.00 | 520.00 | 83.21 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 129.80 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 891.00 | 1,576.92 | 1,576.92 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 460.73 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 494.77 | NA | NA | 0.00 | 0.00 |
| COUNTRYSIDE FIRE PROTECTION | Unsecured | 540.44 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Unsecured | 2,276.00 | 2,276.62 | 2,276.62 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 427.86 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| DRIVE FINANCIAL SERVICES | Unsecured | 6,120.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DUPAGE PATHOLOGY ASSOC | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 1,474.50 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHY | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| ENDODONTIC & PERIODONTIC ASSO | Unsecured | 282.00 | 242.00 | 242.00 | 0.00 | 0.00 |
| ESSENCE MAGAZINE | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SERVICES | Unsecured | 73.96 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK MARIN | Unsecured | 1,165.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BK | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| GA FINANCIAL TRUST/PROVIDIAN | Unsecured | 1,068.92 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB COMMUNITY HLTH SVCS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SVCS | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | 293.00 | 249.80 | 249.80 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 683.39 | 841.10 | 841.10 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 16,741.00 | 22,191.75 | 22,191.75 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,593.43 | 1,593.43 | 1,593.43 | 0.00 | 0.00 |
| JEWEL FINER FOODS | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| LITTLE COMPANY OF MARY HOSPIT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MBNA | Unsecured | 3,000.00 | 2,243.01 | 2,243.01 | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST HEART SPECIALISTS | Unsecured | 40.00 | 40.00 | 40.00 | 0.00 | 0.00 |
| MIDWEST NEOPED | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| MITCHELL N KAY | Unsecured | 410.14 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 628.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,976.00 | 4,590.06 | 4,590.06 | 0.00 | 0.00 |
| NORTHERN ILLINOIS EMERGENCY | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| NORTHSTAR COLLECTIONS SERVICE | Unsecured | 204.72 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTION | Unsecured | 1,942.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 931.00 | 930.73 | 930.73 | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICE | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 408.00 | 408.93 | 408.93 | 0.00 | 0.00 |
| PROVIDIAN BANK | Unsecured | 1,942.00 | 2,114.41 | 2,114.41 | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 49.40 | NA | NA | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTEM | Unsecured | 2,000.00 | 2,275.51 | 2,275.51 | 0.00 | 0.00 |
| RJM ACUISITION FUNDING | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| ROSS GELFAND | Unsecured | 5,670.38 | NA | NA | 0.00 | 0.00 |
| RUSH PRESBYTERIAN ST LUKES | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| RWDS | Unsecured | 298.72 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 290.16 | 290.16 | 290.16 | 0.00 | 0.00 |
| SPRINT | Unsecured | 956.00 | NA | NA | 0.00 | 0.00 |
| SST FAIRLANE CREDIT | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| STERLING JEWELERS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| TIMBER HILL INVESTMENTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| TRE MEDICAL LTD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS PRIMECO | Unsecured | 511.00 | 370.95 | 370.95 | 0.00 | 0.00 |
| VERIZON WIRELESS PRIMECO | Unsecured | 512.00 | 511.30 | 511.30 | 0.00 | 0.00 |
| VYRIDIAN REVENUE MGMT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| WOMEN OB GYN ASSOC PC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,569.35 | $1,569.35 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $520.00 | $83.21 | $0.00 |
| **TOTAL SECURED:** | **$2,089.35** | **$1,652.56** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,434.53 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,434.53** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$50,033.02** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,127.44 |
| Disbursements to Creditors | $1,652.56 |
| **TOTAL DISBURSEMENTS:** | **$4,780.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/22/2009          By: /s/ Glenn Stearns
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**